1   *E-filed on*   1/3/07

2

3

4

5

6

7

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN JOSE DIVISION

11

12   IN RE CYGNUS TELECOMMUNICATIONS
    TECHNOLOGY, LLC, PATENT
13   LITIGATION

14   _____

    THIS ORDER RELATES TO:
15   All Actions

16

17

18

19

20

21

22

No. MDL-1423
This Order Applies to All Actions

    C-02-00142 RMW
    C-02-00145 RMW
    C-02-05437 RMW
    C-03-03378 RMW
    C-03-03594 RMW
    C-03-03596 RMW
    C-03-04003 RMW
    C-04-03001 RMW
    C-04-03365 RMW
    C-04-04247 RMW
    C-04-04359 RMW
    C-06-03843 RMW
    C-06-04295 RMW
    C-06-06479 RMW

ORDER DEEMING MOTIONS SUBMITTED
ON THE PAPERS & TEMPORARILY
BARRING FURTHER FILING OF MOTIONS

23

24       The court held a hearing on claim construction and several related motions for summary

25   judgment on November 21, 2006 and has not yet issued a ruling.  On December 1, 2006, plaintiff

26   Cygnus Telecommunications Technology, LLC filed what it styled a revised motion for summary

27   judgment against defendant United World Telecom, L.C. ("UWT").  UWT and defendant AT&T

28   Corp. filed separate responses, asking the court to strike Cygnus's latest filing.  AT&T asked, in the

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF
MOTIONS—MDL-1423
JAH

1  alternative, for leave to file a response, arguing that Cygnus's motion, although ostensibly directed

2  against only UWT, in reality covered issues common to all defendants.

3       Cygnus's revised motion and the defendants' counter-motions are all deemed submitted on

4  the papers.  No hearing will be held.  No further filings will be accepted in connection with these

5  motions.

6       In fact, until the court resolves all pending issues related to claim construction, validity of the

7  patents-in-suit, and infringement liability of individual defendants, no party should file any further

8  substantive motions.  Permissible filings would be things like a notice of PTO action,[1] notice of a

9  relevant recent decision, scheduling matters involving recently-served defendants,[2] or stipulations

10  regarding settlement.

11

12

13  DATED:      1/3/07                 *Ronald M Whyte*

                                      RONALD M. WHYTE

14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

---

25  [1]  The court is aware that on December 19, 2006, the PTO issued a final rejection of claims 6 through 11 in the reexamination of U.S. Patent No. 6,035,027.

26

27  [2]  On September 20, 2006, the court instructed Cygnus to show cause by December 20, 2006 why any defendant in case no. C-06-04295 remained unserved, but the docket for that case shows no case-specific activity.  Similarly, the court expected a joint scheduling proposal from the parties in

28  case no. C-06-06479 some time ago but has not yet received one.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423

JAH                                    2

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
Miami, FL 33130-2814

3 | John P. Sutton
2421 Pierce Street
4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren
5 | **Counsel for Defendants:**

6171 Crooked Creek Road
Norcross, GA 30092

6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
7 | 200 E. Las Olas Avenue, Suite 2040
Fort Lauderdale, FL 33301

Lori D. Greendorfer, Maxim H. Waldbaum
Schiff Hardin LLP
623 Fifth Avenue, 28th Floor
8 | New York, NY 10022

John C. Carey
9 | Rodriguez Greenberg & Paul
1395 Brickell Ave, Suite 700
10 | Miami, FL 33131

Thomas T. Tamlyn
Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017

11 | Felice B. Galant, Gregory B. Wood
Fulbright & Jaworski L.L.P.
12 | 865 South Figueroa Street
Twenty-Ninth Floor
13 | Los Angeles, CA 90017

Peter S. Canelias
Law Offices of Peter S. Canelias
420 Lexington Avenue, Suite 2148
New York, NY 10170

14 | Joseph P. Zammit
Fulbright & Jaworski
15 | 666 Fifth Avenue
New York, NY 10103

Elizabeth E. Green, R. Scott Shuker
Gronek & Latham, LLP
390 N. Orange Avenue, Suite 600
Orlando, FL 32801

16 |

John F. Mardula, Jon L. Roberts
17 | Roberts Mardula & Wertheim, LLC
11800 Sunrise Valley Drive, Suite 1000
18 | Reston, VA 20191-5302

Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road, Suite 212
Phoenix, AZ 85018

19 | Richard B. Sheldon
Mitchell Silberberg & Knupp LLP
20 | 11377 West Olympic Boulevard
Los Angeles, CA 90064-1683

Peter Neil Greenfeld
Greenfeld Law Group
3333 E Camelback Road, Suite 212
Phoenix, AZ 85018-2324

21 |

Jeffrey L. Silvestrini, Brian F. Roberts
22 | Cohne Rappaport & Segal
P.O. Box 11008
23 | Salt Lake City, UT 84147-0008

Matthew McGahren
Baum, McGahren & Chiu, LLC
6171 Crooked Creek Road
Norcross, GA 30092

24 | Raymond J. Etcheverry
Parsons, Behle & Latimer
25 | One Utah Center
201 South Main Street,
26 | Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145
27 |

**Courtesy Copy:**

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

28 | Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                  3