*E-filed on* 6/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>―――――――――――――――――――――――<br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBALPHONE CORP.,<br><br>    Defendant. | No. MDL-1423<br>This Judgment Applies to:<br><br>    C-02-05437 RMW<br><br>**AMENDED JUDGMENT** |

On March 30, 2007, pursuant to its Claim Construction Order and Orders on Various Summary Judgment Motions dated March 29, 2007, the court purported to enter final judgment declaring that the patents-in-suit, U.S. Patent No. 5,883,964 and U.S. Patent No. 6,035,027, are invalid under the on-sale bar of 35 U.S.C. § 102(b) and that defendant GlobalPhone Corp. does not infringe either patent.

The court's judgment did not address the remaining declaratory judgment counterclaims brought by defendant GlobalPhone Corp. against plaintiff seeking declarations that the patents are invalid under 35 U.S.C. §§ 102, 103 and 112. The court inadvertently failed to include a direction

1  for final entry of judgment pursuant to Fed. R. Civ. P. § 54(b) on the claims resolved.  Therefore, the
2  court hereby directs that final judgment be entered: (1) declaring the '964 and '027 patents invalid
3  based upon the on-sale bar; and (2) adjudging that plaintiff take nothing on its claim of patent
4  infringement.  The court expressly determines that there is no just reason for delay in the entry of
5  final judgment because the remaining counterclaims have been rendered moot and will only become
6  ripe for decision if this judgment is reversed.

8  DATED:     6/13/07            *Ronald M. Whyte*
                                  RONALD M. WHYTE
9                                 United States District Judge

1 | **A copy of this judgment was mailed on** ___6/13/07___ **to:**

2 | **Counsel for Plaintiff:**

3 | John P. Sutton
2421 Pierce Street
4 | San Francisco, CA 94115-1131

5 | **Counsel for Defendants:**

6 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC
7 | 11800 Sunrise Valley Drive, Suite 1000
Reston, VA 20191-5302

8 | **Courtesy Copy:**

9 | Clerk of the Panel on Multidistrict Litigation
10 | Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
11 | Room G-255, North Lobby
Washington, DC  20002-8004

12 | Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

AMENDED JUDGMENT— Case Nos. MDL-1423, 02-05437

3